IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DORINE BARRANCO, et al.,  )
                          )
         Plaintiffs,      )
                          )
v.                        )   CIVIL ACTION NO.: 1:08-CV-164-
                          )
AXA EQUITABLE LIFE INSURANCE )
COMPANY, f/k/a THE EQUITABLE LIFE )
ASSURANCE SOCIETY OF THE UNITED )
STATES, AXA DISTRIBUTORS, )
LLC, and AXA ADVISORS, LLC., F/K/A )
EQ FINANCIAL CONSULTANTS, INC., )
                          )
         Defendants.      )

### DEFENDANTS' CONFLICT DISCLOSURE STATEMENT

COME NOW AXA Equitable Life Insurance Company ("AXA Equitable"), AXA Distributors, LLC ("AXA Distributors") and AXA Advisors, LLC ("AXA Advisors"), Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. The following entities and their relationship to the party are hereby reported on behalf of AXA Equitable:

AllianceBernstein Holding L.P. is a publicly traded, indirect affiliate of AXA Equitable. AXA Equitable is an indirect wholly owned subsidiary of AXA Financial, Inc. AXA Financial, Inc. does not have publicly traded equity securities, but does have publicly traded debt securities. AXA Financial, Inc. is an indirect wholly owned subsidiary of AXA, a société anonyme organized under the laws of the Republic of France. The principal trading market for AXA's

ordinary shares is the Premier March of Euronext Paris S.A. AXA's American Depositary Shares and American Depositary Receipts are listed on the New York Stock Exchange.

2. The following entities and their relationship to the party are hereby reported on behalf of AXA Distributors and AXA Advisors:

AXA Distributors and AXA Advisors are affiliates of AXA Equitable. AXA Distributors and AXA Advisors are related to each of the entities in paragraph 1, above.

Respectfully Submitted,

/s/

A. Inge Selden III (SEL003)
John N. Bolus (BOL022)
Andrea Morgan Greene (GRE102)

Attorneys for Defendants
AXA Equitable Life Insurance Company,
AXA Distributors, LLC and AXA Advisors, LLC

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Conflict Disclosure Statement has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Andrew P. Campbell
Caroline Smith Gidiere
Campbell, Gidiere, Lee, Sinclair & Willaims, PC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209

on this the 7th day of March, 2008.

OF COUNSEL