IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DORINE BARRANCO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:08-CV-00164-TFM |
| AXA EQUITABLE LIFE INSURANCE ) | |
| COMPANY, fka THE EQUITABLE LIFE ) | |
| ASSURANCE SOCIETY OF THE UNITED ) | |
| STATES, AXA DISTRIBUTORS, LLC, ) | |
| fka EQUITABLE DISTRIBUTORS, LLC, ) | |
| and AXA ADVISORS, LLC, f/k/a EQ ) | |
| FINANCIAL CONSULTANTS, INC ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Dorine Barranco, Rhoda S. Boone, Gerald C. Caputo, Marjorie L. Caputo, Howard R. Dunn, Charles B. Emmett, Kathryn M. Foster, Peggy Shannon Hall, Peggy June Johnson, Earl D. Matthews, Doris Matthews, Frank Miller, Jeanette K. Parker, Kevin M. Patton, Billie S. Rivenbark, Linda Cheri Kelly-Sherer, Anita Carol Shirah, Tommy E. Smith, Tony R. Spivey, Ladonna B. Spivey, Gerald F. Trammell, Ashley Hiatt Wiggins, James Zandy Williams, Sandra Williams, Lynda Wirtzfeld, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☒    There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

____
Date

/s/ Caroline Smith Gidiere

Counsel for, Dorine Barranco, Rhoda S. Boone, Gerald C. Caputo, Marjorie L. Caputo, Beverly L. Davis, Philip M. Dease, Howard R. Dunn, Charles B. Emmett, Kathryn M. Foster, Peggy Shannon Hall, Peggy June Johnson, Earl D. Matthews, Jo Anne Merritt, Frank Miller, Jeanette K. Parker, Kevin M. Patton, Billie S. Rivenbark, Linda Cheri Kelly-Sherer, Tommy E. Smith,. Tony R. Spivey, Ladonna B. Spivey Gerald F. Trammell, Ashley Hiatt Wiggins, James Zandy Williams, Sandra Williams, , Lynda Wirtzfeld,

OF COUNSEL:
Campbell Gidiere Lee
Sinclair & Williams
2100A SouthBridge Pkwy, Ste. 450
Birmingham, AL 35209
(205) 803-0051 phone
(205) 803-0053 facsimile
acampbell@cwp-law.com
cgidiere@cwp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrea Morgan Greene
Armistead Inge Selden, III
John Norman Bolus
Maynard, Cooper, & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203

      /s   Caroline Smith Gidiere
OF COUNSEL