IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DORINE BARRANCO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:08-cv-164-MEF-TFM |
| ) | |
| AXA EQUITABLE LIFE INSURANCE ) | |
| COMPANY, f/k/a THE EQUITABLE LIFE ) | |
| ASSURANCE SOCIETY OF THE UNITED ) | |
| STATES, AXA DISTRIBUTORS, ) | |
| LLC, and AXA ADVISORS, LLC., F/K/A ) | |
| EQ FINANCIAL CONSULTANTS, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR STAY

Come now Dorine Barranco, Rhoda S. Boone, Gerald C. Caputo, Marjorie L. Caputo, Howard R. Dunn, Charles B. Emmett, Kathryn M. Foster, Peggy Shannon Hall, Peggy June Johnson, Earl D. Matthews, Jo Anne Merritt, Frank Miller, Jeanette K. Parker, Kevin M. Patton, Billie S. Rivenbark, Linda Cheri Kelly-Sherer, Tommy E. Smith, Tony R. Spivey, Ladonna B. Spivey, Gerald F. Trammell, Ashley Hiatt Wiggins, James Zandy Williams, Sandra Williams, and Lynda Wirtzfeld (collectively, "Plaintiffs") and AXA Equitable Life Insurance Company ("AXA Equitable"), AXA Distributors, LLC ("AXA Distributors") and AXA Advisors, LLC ("AXA Advisors" and, together with AXA Equitable and AXA Distributors, the "Defendants"), and jointly move this Court to enter an order staying all further proceedings in this action, including but not limited to all Rule 26 requirements, through June 30, 2008 in accordance with the mutual agreement between the Plaintiffs and the Defendants. Attached as Exhibit A is a joint proposed Order for Stay. In support of their motion, the parties state as follows:

1. Counsel for Plaintiffs and counsel for Defendants have conferred and agree that it would be beneficial to all the parties involved to stay proceedings in this action through June 30, 2008.

2. Counsel for both parties seek this Court's approval of their agreement to a stay of the proceedings to allow the parties to pursue informal discussions regarding the disputes at issue and/or narrow the claims before the court. Accordingly, a stay may save costs, time and judicial resources.

WHEREFORE, Plaintiffs and Defendants, by and through their counsel, respectfully move this Court to enter an order staying all further proceedings in this action, including but not limited to all Rule 26 requirements, until June 30, 2008.

Respectfully submitted,

Andrew P. Campbell
Caroline Smith Gidiere

Attorneys for Plaintiffs

OF COUNSEL:

CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS, PC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209

A. Inge Selden III (SEL003)
John N. Bolus (BOL022)
Andrea Morgan Greene (GRE102)

Attorneys for Defendants

AXA Equitable Life Insurance Company,
AXA Distributors, LLC and AXA Advisors, LLC

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DORINE BARRANCO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:08-cv-164-MEF-TFM |
| ) | |
| AXA EQUITABLE LIFE INSURANCE ) | |
| COMPANY, f/k/a THE EQUITABLE LIFE ) | |
| ASSURANCE SOCIETY OF THE UNITED ) | |
| STATES, AXA DISTRIBUTORS, ) | |
| LLC, and AXA ADVISORS, LLC., F/K/A ) | |
| EQ FINANCIAL CONSULTANTS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT MOTION FOR STAY

The Court having read and considered the parties' Joint Motion for Stay finds that the Joint Motion for Stay filed by Plaintiffs and Defendants is well taken and due to be GRANTED.

ACCORDINGLY, IT IS THEREFORE ORDERED as follows:

All further proceedings in this action are hereby stayed until June 30, 2008, including but not limited to all Rule 26 requirements, in accordance with the mutual agreement between the Plaintiffs and the Defendants.

ISSUED on this the _____ day of April, 2008.

_____
United States District Judge