IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DORINE BARRANCO, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:08-cv-164-MEF-TFM |
| ) | |
| **AXA EQUITABLE LIFE INSURANCE** ) | |
| **COMPANY, f/k/a THE EQUITABLE LIFE** ) | |
| **ASSURANCE SOCIETY OF THE UNITED** ) | |
| **STATES, AXA DISTRIBUTORS,** ) | |
| **LLC, and AXA ADVISORS, LLC., F/K/A** ) | |
| **EQ FINANCIAL CONSULTANTS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING JOINT MOTION FOR STAY

The Court, having read and considered the parties' Joint Motion for Stay (Doc. # 8) filed on April 3, 2008, finds that the Joint Motion for Stay filed by Plaintiffs and Defendants is well taken and due to be granted.

ACCORDINGLY, IT IS THEREFORE ORDERED as follows:

1. The parties' Joint Motion for Stay (Doc. # 8) is GRANTED.

2. All further proceedings in this action are hereby STAYED until June 30, 2008, including but not limited to all Rule 26 requirements, in accordance with the mutual agreement between the Plaintiffs and the Defendants.

3. The parties shall file a joint status report on July 1, 2008. In that joint status report, the parties shall advise the Court whether they are ready for the entry of a new "Rule 26(f) Order."

DONE on this the 4th day of April, 2008.

/s Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE