IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DORINE BARRANCO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:08-CV-00164-MEF |
| AXA EQUITABLE LIFE INSURANCE ) | |
| COMPANY, fka THE EQUITABLE LIFE ) | |
| ASSURANCE SOCIETY OF THE UNITED ) | |
| STATES, AXA DISTRIBUTORS, LLC, ) | |
| fka EQUITABLE DISTRIBUTORS, LLC, ) | |
| and AXA ADVISORS, LLC, f/k/a EQ ) | |
| FINANCIAL CONSULTANTS, INC ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to this Court's April 4, 2008 Order, the parties hereby submit this Joint Status Report.

1. The mediation of this case, previously scheduled for June 5, 2005, was cancelled at the request of the Plaintiffs. At this time, there is no further basis for a stay of the action.

2. Accordingly, the parties request that the Court enter a new Rule 26(f) Order.

        Respectfully submitted,


        /s/ Caroline Smith Gidiere
        Caroline Smith Gidiere(SMI209)

        One of the Attorneys for Plaintiffs

**OF COUNSEL:**
Andrew P. Campbell, Esq.
Caroline Smith Gidiere, Esq.
CAMPBELL GIDIERE LEE
    AND SINCLAIR & WILLIAMS, PC
2100A SouthBridge Pkwy, Ste. 450
Birmingham, Alabama  35209
(205) 803-0051
Fax:  (205) 803-0053

        /s/ John N. Bolus
        John N. Bolus(BOL022)

        One of the Attorneys for Defendants
        AXA Equitable Life Insurance Company,
        AXA Distributors, LLC, and AXA
        Advisors, LLC

**OF COUNSEL:**

A. Inge Selden III
Andrea M. Greene
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999