## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 2, 2008

# NOTICE OF ERROR

**To:       All Counsel of Record**

**Case Style:   Barranco et al v. AXA Equitable Life Insurance Company et al**

**Case Number:    1:08cv00164-MEF**

**Referenced Pleading:    Status Report**

**Docket Entry Number:    11**

**The referenced pleading was filed on \*\*\*July 01, 2008\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry. This pleading was E-filed by counsel. Furthermore, counsel E-filed a corrected pleading (docket entry #12) without contacting the Clerk's Office for proper correction.**

**Docket Entry 11 was an erroneous duplicate docket entry. Parties are instructed to disregard #11 docketing entry and refer to docket entry # 12.**