IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DORINE BARRANCO, et al., | * |
| Plaintiffs, | * |
| vs | * CASE NO: 1:08-cv-164-MEF |
| AXA DISTRIBUTORS, LLC, et al., | * |
| Defendants | * |

**NOTICE OF APPEARANCE**

COMES NOW M. Dale Marsh, and Marsh, Cotter & Stewart, LLP and enters his/its appearance as co-counsel for Plaintiffs in the above styled matter.

                                                                                            s:/ M. Dale Marsh
                                                                                            M. Dale Marsh (MAR040)
                                                                                                                                Attorney for Plaintiffs

OF COUNSEL:
MARSH, COTTER & STEWART, LLP
P. O. Box 310910
Enterprise, Alabama 36331
334-347-2626 (Telephone)
334-393-1396 (Facsimile)

**CERTIFICATE OF SERVICE**

I, M. Dale Marsh, hereby certify that I have served a copy of the foregoing upon the following counsel of record by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed on this the 9th day of July, 2008.

A. Inge Selen, III, Esq.
John N. Bolus, Esq.
Andrea Morgan Greene, Esq.
Maynard Cooper & Gale, P. C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602

Andrew P. Campbell
Caroline Smith Gidiere
Campbell, Gidiere, Lee, Sinclair & Williams, P.C.
2100-A South Bridge Parkway, Suite 450
Birmingham, Alabama 35209

                                                                                                      s:/ M Dale Marsh
                                                                                                      OF COUNSEL