IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DORINE BARRANCO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:08cv164-WHA |
| | ) |
| AXA EQUITABLE LIFE INSURANCE | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case having been reassigned to the undersigned judge and now being before the court on the Plaintiffs' Request for Scheduling Conference with the Court (Doc. #14), it is hereby ORDERED as follows:

1. The Request for Scheduling Conference is GRANTED.

2. This case is set for a scheduling conference on Wednesday, August 6, 2008, at 2:00 p.m., in chambers, in Montgomery, Alabama. Lead Counsel for all parties are DIRECTED to be present in person.

DONE this 10th day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE