IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DORINE BARRANCO, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 1:08-cv-164-WHA |
| | ) |
| AXA EQUITABLE LIFE INSURANCE COMPANY, et al., | ) |
| | ) |
|     Defendants. | ) |

# **ORDER**

At a scheduling conference held in this case on August 6, 2008, with counsel for the parties, the court inquired concerning jurisdiction. Although no specific amount is claimed in the Complaint, Plaintiff's counsel agreed that all Plaintiffs other than those specifically named in paragraph 10 of the Complaint were seeking in excess of $75,000, and conceded that the court has supplemental jurisdiction over all Plaintiffs named in paragraph 10 of the Complaint. Therefore, the court finds that it has jurisdiction to proceed in this case.

DONE this 7th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE